IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RL BB ACQ-II GA HARP, LLC,<br><br>　　Plaintiff,<br>v.<br><br>JOHN E. RAMSEY; THE HARPAGON COMPANY, LLC; HARPAGON MO, LLC; ZACCHAEUS HOLDINGS, LLC; DOMINUS HOLDINGS, LLC and VESTA HOLDINGS, INC.,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:10-cv-02971-SCJ |

## CONSENT ORDER

This matter is before the Court upon consent of RL BB ACQ-II GA HARP, LLC ("Plaintiff") and John E. Ramsey, The Harpagon Company, LLC, Harpagon MO, LLC, Zacchaeus Holdings, LLC, Dominus Holdings, LLC and Vesta Holdings, Inc. ("Defendants").

On June 23, 2014, this Court entered an Order on Plaintiff's Motion to Compel.  The Order states Defendants are to produce all documents in their possession, custody or control, including emails and other ESI, that are responsive to any of Plaintiff's post-judgment document requests within ten (10) calendar days of the entry of the Order.  The Order requires Defendants to certify within ten (10)

calendar days of the entry of the Order that they have produced all responsive, non-privileged documents and have otherwise complied with the Order. The Order also requires Defendants to pay Plaintiff for the reasonable attorneys' fees and expenses it incurred in connection with its Motion to Compel and orders Plaintiff to file evidence of those expenses within fourteen (14) days of the entry of the Order. Defendant is ordered to file their response to Plaintiff's evidence within fourteen (14) days of Plaintiff's filing.

Plaintiff and Defendants are actively involved in settlement negotiations and request that all the deadlines for both Plaintiff and Defendants to comply with the Order be extended seven (7) days. Thus, Defendants would have seventeen (17) days from the date of the Order in which to produce the documents and certify that they have done so, Plaintiff would have twenty-one (21) days from the date of the Order in which to file evidence of the expenses it incurred in making its Motion to Compel, and Defendants would have twenty-one (21) days after Plaintiff's filing of evidence to file their response.

THEREFORE, it is HEREBY ORDERED:

1. Defendants have seventeen (17) days from the date of the June 23, 2014 Order in which to produce all documents in their possession, custody or control, including emails and other ESI, that are responsive to any of Plaintiff's post-judgment document requests, as well as certify that they have produced all

responsive, non-privileged documents and have otherwise complied with the Order;

2. Plaintiff has twenty-one (21) days from the date of the June 23, 2014 Order in which to file evidence of the expenses it incurred in making its Motion to Compel; and

3. Defendants have twenty-one (21) days from Plaintiff's filing of evidence of those expenses to file their response to that evidence.

SO ORDERED this \_\_\_\_ day of _____, 2014.

_____
HONORABLE STEVE C. JONES
United States District Court Judge

Consented to:

/s/ John E. Ramsey
John E. Ramsey, Pro Se
4355 Cobb Parkway, Suite J-505
Atlanta, Georgia 30339
P: (404) 781-2275
*ramsey@investaservices.com*

/s/ Alice S. McQuade
Alice S. McQuade
Georgia Bar No. 495871
The McDeer Firm
4355 Cobb Parkway, Suite J-505
Atlanta, Georgia 30339
P: (404) 604-3029
*alicemcquade@investaservices.com*
*Attorney for Defendants*

*[Signatures continued on following page]*

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
Caplan Cobb
1477 Peachtree Street NE, Suite 880
Atlanta, Georgia 30309
P: (404) 596-5610
*mcaplan@caplancobb.com*
*Attorney for Plaintiff*